UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Joel Davila, et al. ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08CR1638-BEN <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 08337298 |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

Omar Santoyo-Padilla

DATED: 5-22-08

**NITA L. STORMES**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____     OR
        DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
        Deputy Clerk

G. Perrault

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082