UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                        )<br>        Plaintiff      )<br>                        )<br>                        )<br>vs.                     )<br>                        )<br>Joel Davila, et al.     )<br>                        )<br>        Defendant(s)    )<br>_____) | CRIMINAL NO. 08CR1638-BEN<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 08337298 |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed /(Order of Court).

Oswaldo Rios-Venegas

DATED: 5-22-08

**NITA L. STORMES**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____     OR
         DUSM

W. SAMUEL HAMRICK, JR. Clerk
          by  /s/ Perrault
              Deputy Clerk
          G. Perrault

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                    ☆ U.S. GPO: 2003-581-774/70062