UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Joel Davila, et al. )<br>)<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08CR1638-BEN<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 08337298 |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed /(Order of Court)).

David Anaya-Calderon

DATED: 5-22-08

**NITA L. STORMES**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                    DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by /s/ G. Perrault
         Deputy Clerk

G. Perrault

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082